**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Jungsoo Lim and | ) | |
| Peter Myong Je Lee | ) | Case No. 23-16871 |
| | ) | |
| Debtor(s). | ) | Judge Jacqueline P. Cox |

**NOTICE OF MOTION**

To: Office of Thomas H. Hooper, Chapter 13 Trustee, via electronic court notice
CITIBANK, N.A., 590 Madison Avenue, 21 Floor, New York, New York 10022
Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St. Louis
   MO 63179-0000
Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027
Citibank, N.A., Attn: Kristen Driscoll, Registered agent, 388 Greenwich Street, 14th
   Floor New York, New York 10013
Citibank, N.A., Attn: Sunil Garg, CEO, 388 Greenwich Street, 14th Floor New York,
   New York 10013

PLEASE TAKE NOTICE that on March 4, 2024 at 9:00 a.m., I will appear before the Honorable Judge Jacqueline P. Cox, or any judge sitting in that judge's place, either in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the Debtor's Motion for Sanctions, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **1612732896** and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                                                                          /s/ David H. Cutler

**CERTIFICATE OF SERVICE**

      I, David Cutler, certify that I served a copy of this notice and the attached motion on the Chapter 13 Trustee vie Electronic Court Notice and on the parties addressed above via at the address shown via first class US mail, proper postage prepaid on February 8, 2024.

                                                                                        /s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Jungsoo Lim and | ) | |
| Peter Myong Je Lee | ) | Case No. 23-16871 |
| | ) | |
| Debtor(s). | ) | Judge Jacqueline P. Cox |

### MOTION FOR SANCTIONS FOR VIOLATION OF THE
### AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(k) )

NOW COME the Debtor(s), Jungsoo Lim and Peter Myong Je Lee, by and through their attorneys, Cutler & Associates, Ltd., and in support of their Motion for Sanctions for Violation of the Automatic Stay, state and allege as follows:

1. The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy code December 18, 2023.

2. The Debtors owe a debt to Citibank N.A. (hereinafter "Citibank"). Citibank was properly listed on the schedules filed in this case

3. On December 29, 2023, after the filing of the Debtors' case, Citibank allowed the transfer of funds in the amount $611.74 from the Debtors' checking account despite the Debtors' attempts to stop this payment in both the bank's app and by calling the customer service line.

4. On January 12, 2024, the Debtors, individually and through their attorneys, contacted Citibank to ensure that Citibank had received notice of the bankruptcy and to request the return of the funds taken from the Debtors' accounts.

5.  On January 16, 2024, the Debtors further sent notice to Citibank via email, fax, and US Mail to again request return of the funds. A copy of the correspondence is marked as Exhibit A and is attached hereto.

6.  Despite these attempts, the funds have not been returned to the Debtors and no communication has been received from Citibank.

7.  The refusal to issue a refund the money to the Debtors constitutes a violation of the automatic stay of 11 U.S.C. §362.

8.  The funds are necessary for the Debtors' budget and have placed them in undue harm.

9.  The Debtors have been forced to take all funds out of that account in fear that the automatic ach transfer will reoccur as they have been unsuccessful to resolve this matter with Citibank.

10. Citibank's violation of the automatic stay is willful.

11. The Debtors, therefore, request that Citibank be found to have willfully violated the automatic stay of 11 U.S.C. 362 and that his Court enter an order awarding the Debtor actual damages, including costs, and attorney fees, and punitive damages.

WHEREFORE, the Debtor(s), Jungsoo Lim and Peter Myong Je Lee, pray for the following relief:

   A.  That this Court enter an order finding that Citibank willfully violated the automatic stay of 11 U.S.C. 362;

   B.  That this Court enter an order awarding the Debtor actual damages, including costs and attorney fees, and punitive damages; and

   C.  For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: February 8, 2024

By: /s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600